USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HOWARD PRESCOD, : 10 Civ. 2395 (SHS)

                Petitioner, :

   -against- : ORDER

D. BROWN, :

                Respondent. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        On January 20, 2011, Magistrate Judge Andrew J. Peck recommended that Prescod's petition for a writ of *habeas corpus* be denied. Any objections to that Report and Recommendation were due by February 7, 2011. Having received no objections from petitioner by that date, this Court made a *de novo* review of the January 20, 2011 Report and Recommendation and denied the petition in an Order dated February 10, 2011.

        On February 9, 2011, Magistrate Judge Peck's chambers received a document captioned "This is the Traverse to the Return of the Respondent's Opposition for a Writ of Habeas Corpus." Accompanying that document and dated January 28, 2011, is a one page letter apparently asking that the "Traverse to the Return of the Respondent's Opposition for a Writ of Habeas Corpus" be accepted even though it is late. It is unclear whether that document is a reply

submission on the petition for a writ of *habeas corpus* or whether it is objections to the Report and Recommendation. In any event, the Court has considered that document and adheres to its February 10, 2011 Order denying the petition.

Dated: New York, New York
      February 16, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.